UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LESHAWN YOUNG, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

WESTMINSTER UNIVERSITY,

          Defendant.

------------------------------------- x

No.: 1:24-cv-1564

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, WESTMINSTER UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       June 7, 2024

                                             **GOTTLIEB & ASSOCIATES PLLC**

                                             */s/Michael A. LaBollita, Esq.*

                                             Michael A. LaBollita, Esq., (ML-9985)
                                             150 East 18th Street, Suite PHR
                                             New York, NY 10003
                                             Phone: (212) 228-9795
                                             Fax: (212) 982-6284
                                             Michael@Gottlieb.legal

                                             *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge